Affidavit in Support of Criminal Complaint

For Zoiber HERNANDEZ DOMINGUEZ

Your Affiant, Special Agent Kay Brose, Homeland Security Investigations (HSI), being duly sworn, deposes and says:

1. I am a Special Agent employed by HSI currently assigned to the office in Louisville, Kentucky. I have been employed as an HSI Special Agent since January 2019. Prior to my current assignment with HSI, I served as a United States Secret Service (USSS) Special Agent as well as a police officer with the Indiana Gaming Commission.

2. I am a law enforcement officer of the United States within the meaning of Section 115(c)(1) of Title 18, United States Code, and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 8, United States Code, Section 1326, as well as, Title 18, United States Code, Section 922(g)(5).

3. This affidavit is based upon my personal knowledge and upon information reported to me by federal and local law enforcement officers and others with knowledge of the case. Unless specifically indicated otherwise, all conversations and statements described in the affidavit are related in substance and in part only.

4. On or about February 25, 2024, I received information regarding an arrest of Zoiber HERNANDEZ DOMINGUEZ by the Louisville Metro Police Department (LMPD) on or about December 16, 2024. The arrest occurred at approximately 0101 hours. The citation lists an offender/violator name of Zoiber HERNANDEZ DOMINGUEZ. After getting booked into the Louisville Metro Department of Corrections (LMDC), HERNANDEZ DOMINGUEZ' biographical information and fingerprints were entered and scanned into the Department of Justice (DOJ) as well as Department of Homeland Security (DHS) indices which returned a biometric match for a Mexican national, with alien registration number A# 206-550-486, FBI# 119559FD7, and fingerprint identification number (FIN) 12359368, who is illegally present in the United States.

5. A review of the LMPD citation determined that LMPD officers were dispatched to the area of Steedly Dr. and Estele Ave. on the report of shots fired. Upon arrival, LMPD Officer Eaves located three (3) males in front of 6521 Estele drinking beer with shell casings visible in the driveway. LMPD Detective Branan was conducting an unrelated non-fatal shooting investigation close by and responded to assist Officer Eaves. All parties present, including HERNANDEZ DOMINGUEZ, initially claimed that they had not discharged a firearm and instead someone further down the street was responsible. Detective Branan was given

permission to turn off music in the truck. When Detective Branan walked back to the subjects, Detective Branan saw a firearm on the tire of a separate vehicle in the driveway. Detective Branan then ran the firearm through the National Crime Information Center (NCIC) (according to the citation the firearm was a Springfield Armory with serial number XD442252) and was informed that the firearm was listed as stolen (NCIC 8022040546). LMPD Officer Santiago arrived on scene and was able to translate further on behalf of the subjects. Under Miranda warning, HERNANDEZ DOMINGUEZ admitted that the firearm was his, which he claimed to have purchased from a flea market, and that he shot approximately seven (7) rounds from the firearm. The citation further states that HERNANDEZ DOMINGUEZ actions in discharging the firearm while intoxicated were reckless in nature. HERNANDEZ DOMINGUEZ was charged with receiving stolen property (firearm) and wanton endangerment 1st (discharge of firearm) (Jefferson County District Court case 24-F-072838). The firearm as well as the shell casings were seized as evidence and transported to the LMPD vault.

6.  On or about March 11, 2025, personnel from the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) inspected the firearm and determined that the black Springfield Armory, .40 SW Cal handgun, bearing serial number XD447252[1], was not manufactured in the Commonwealth of Kentucky; hence, it travelled in and affected interstate commerce.

7.  I reviewed Department of Homeland Security (DHS) immigration databases, which confirmed HERNANDEZ DOMINGUEZ is a Mexican citizen previously encountered and removed from the United States as a voluntary return. HERNANDEZ DOMINGUEZ previously mentioned identifiers and his biometric data were a positive match for the following immigration history:

> On or about October 08, 2002, HERNANDEZ DOMINGUEZ was apprehended by Border Patrol Agents near Columbus, NM for being an alien present in the United States without admission, inspection or parole after he illegally entered the United States. HERNANDEZ DOMINGUEZ was processed as a voluntary return and was returned to Mexico.

8.  On or about December 03, 2014, ICE Officers assigned to the Louisville, KY office encountered HERNANDEZ DOMINGUEZ at Graber Insealation (actual spelling). An inquiry with the company had divulged that HERNANDEZ DOMINGUEZ had obtained employment by falsifying employment eligibility form I-9 with a counterfeit permanent resident alien card and social security card. HERNANDEZ DOMINGUEZ admitted that he was a citizen of Mexico

---

[1] The serial number for the Springfield Armory recovered was incorrectly noted on the arrest citation.

and confirmed that he had entered the United States previously on or around October 08, 2002, without inspection by an Immigration Officer. HERNANDEZ DOMINGUEZ was served with a notice to appear (NTA) and placed in immigration proceedings. On or about June 20, 2023, HERNANDEZ DOMINGUEZ removal proceedings were dismissed without prejudice by an Immigration Judge.

> HERNANDEZ DOMINGUEZ appears to have no claim to United States citizenship or lawful permanent resident status and is amenable to removal under Section 212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that he is a noncitizen who has been found present in the United States without admission, inspection or parole by an Immigration Officer.

9. DHS databases checks confirm HERNANDEZ DOMINGUEZ was a positive match for the following criminal convictions:

> On or about October 18, 2009, HERNANDEZ DOMINGUEZ was arrested by LMPD for operating a motor vehicle under the influence of alcohol. On or about March 19, 2010, HERNANDEZ DOMINGUEZ was convicted in the Jefferson County, KY District Court (case number 09-T-69080) and was sentenced to 30 days.

> On or about December 16, 2024, arrested by LMPD for receiving stolen property (firearm) and wanton endangerment 1st degree and charged under Jefferson County, KY District Court case number 24-F-072838. On or about December 19, 2024, HERNANDEZ DOMINGUEZ failed to appear for court and a bench warrant was issued for his arrest

10. A review of electronic immigration records show HERNANDEZ DOMINGUEZ has not received permission from the Attorney General of the United States or the Secretary of Homeland Security to re-enter the United States following his voluntary return and he is currently present in the United States without admission or parole after being a previous voluntary return.

11. Based on the above information, your affiant believes that HERNANDEZ DOMINGUEZ is an alien who has been found in the United States in Jefferson County in the Western District of KY, in violation of Title 18, United States Code, Section 922(g)(5) to wit: alien in possession of a firearm.

_____
Kay Brose
Special Agent
Homeland Security Investigations
Louisville, Kentucky

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephonic and email submission on this 12th day of March 2025.

_____
Regina S. Edwards
United States Magistrate Judge